AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| CHANG GOO YOON | ) | 21-mj-6145-MPK |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 23, 2018__ in the county of _____ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1347 | Health care fraud |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

/s/ Gregory Gerlach
*Complainant's signature*

S.A. Gregory Gerlach
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/23/2021

*Judge's signature*

City and state:  Boston, Massachusetts

Hon. M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*