**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.** ___II___      **Investigating Agency** ___FBI___

**City**    Waltham, MA              **Related Case Information:**

**County**   Middlesex                 Superseding Ind./ Inf. _____    Case No. _____
                                        Same Defendant _____  New Defendant _____
                                        Magistrate Judge Case Number _____
                                        Search Warrant Case Number   19-1434-RAR; 19-6429-MPK
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Chang Goo Yoon                      Juvenile:    ☐ Yes  ☑ No

                  Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name    _____

Address        (City & State)  237 MOODY ST, APT 470, WALTHAM, MA 02453

Birth date (Yr only): 1961   SSN (last4#): 2202   Sex M    Race: Asian    Nationality: USA, South Korea

**Defense Counsel if known:**    Nathaniel McDonald        Address  430 Bedford Street, Suite 200

**Bar Number**    705639                                          Lexington, MA 02320

**U.S. Attorney Information:**

**AUSA**   Elysa Q. Wan                     Bar Number if applicable    569231

**Interpreter:**    ☑ Yes  ☐ No        List language and/or dialect:    Korean

**Victims:**    ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

     ☑ Warrant Requested            ☐ Regular Process              ☐ In Custody

**Location Status:**

**Arrest Date**        02/23/2021

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☑ Complaint      ☐ Information      ☐ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    02/23/2021        Signature of AUSA:    ELYSA WAN   Digitally signed by ELYSA WAN
                                                              Date: 2021.02.23 11:49:15 -05'00'

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Chang Goo Yoon _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1  18 USC 1347 | Health Care Fraud | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____