AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CHANG GOO YOON | ) | Case No. 21-mj-6145-MPK |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Chang Goo Yoon                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment    ❐ Superseding Indictment    ❐ Information    ❐ Superseding Information    ☑ Complaint
❐ Probation Violation Petition    ❐ Supervised Release Violation Petition    ❐ Violation Notice    ❐ Order of the Court

This offense is briefly described as follows:
  Health care fraud in violation of 18 U.S.C. § 1347.

Date:   02/23/2021

*Issuing officer's signature*

City and state:   Boston, Massachusetts         Honorable M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Chang Goo Yoon

Known aliases:

Last known residence: 237 Moody St, APT 0470 Waltham, MA 02453

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers: 9176750426

Place of birth: S. Korea

Date of birth:

Social Security number: 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

Height: 5'8"          Weight:

Sex: Male             Race: Asian

Hair: Black           Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: