UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.:  21-cr-10160-IT |
| | ) | |
| CHANG GOO YOON | ) | |

## ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Chang Goo Yoon, moves that his conditions of release be modified to permit travel to New Jersey.  Presently, the order setting conditions of release restricts travel to New York City, Long Island (NY), and Massachusetts (court purposes only).  ECF #8.  Mr. Yoon seeks permission to also travel to New Jersey, as he and his family have routinely traveled there in the past for family activities.

Counsel for the government does not oppose this motion, nor does Mr. Yoon's supervising probation officer.

Respectfully submitted,
*/s/ Scott Lauer*
Scott Lauer,
   B.B.O.: 667807
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA   02210
617-223-8061  (phone)
617-223-8080 (fax)

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), as well as U.S. Probation Officer Chijioke Ezenyilimba via electronic mail, on June 14, 2021.

*/s/ Scott Lauer*
Scott Lauer