UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHANG GOO YOON,<br><br>Defendant | CRIMINAL NO. 21-cr-10160-IT |

### MOTION TO DISMISS COUNT THREE OF THE INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses Count Three of the Indictment charging the defendant, Chang Goo Yoon, with Aggravated Identity Theft pursuant to 18 U.S.C. 1028A(a)(1). In support of this dismissal, the government states that the dismissal is in the interests of justice.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:  */s/ Amanda P.M. Strachan*
AMANDA P.M. STRACHAN
Chief, Criminal Division

*/s/ Elysa Q. Wan*
ELYSA Q. WAN
PATRICK M. CALLAHAN
Assistant U.S. Attorneys

1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                              */s/ Elysa Q. Wan*
                              Elysa Wan
                              Assistant United States Attorney

Date: November 14, 2023