UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * Criminal No. 1:21-cr-10160-IT |
| | * |
| CHANG GOO YOON, | * |
| | * |
| Defendant. | * |

## VERDICT FORM

**WE, THE JURY, AS TO DEFENDANT CHANG GOO YOON, UNANIMOUSLY FIND:**

As to **Count 1,** the charge of health care fraud as to Aetna and Blue Cross Blue Shield, in violation of 18 U.S.C. § 1347 and 18 U.S.C. § 2, from in or about November 2014 through in or about November 2018:

_____ Not Guilty           √ Guilty

As to **Count 2,** the charge of health care fraud as to MAPFRE, in violation of 18 U.S.C. § 1347 and 18 U.S.C. § 2, from in or about August 2016 through in or about August 2017:

_____ Not Guilty           √ Guilty

I certify that the foregoing are the answers of all the jurors and that the jurors all unanimously agreed to each answer.

Dated: Jan 17, 2024

Robert M. Marchitt
Jury Foreperson