1:21-cr-10160-IT-1 USA v. Chang Goo Yoon
**NOTE FROM THE JURY**

The jury has reached a verdict

Time: 12:52    Date: Jan 17, 2024

*[signature]*
**SIGNATURE**

Robert Marchetti    Juror Number 13
**PRINT NAME**

Dear Judge,

Can we please make up the late starts by extending past 1:00 PM so that we don't need to add extra day?

On a personal note, I have tickets for a family trip out of the country on Feb 3rd. If the trial extends beyond that could I get excused?

Mona Marmash

Juror # 14

Michael DaCosta
Death Aunt funeral tuesday

Seat 10

1/4/24