United States District Court
District of Massachusetts
Exhibits Log: 21cr10160
USA v. Chang Goo Yoon, 1/8/2024

| EXHIBIT | DESCRIPTION |
|---|---|
| Court-001 | Summary chart of claims while patients were overseas |
| Court-002 | Summary chart of claims while Yoon was at casinos |
| Court-003 | Summary chart of claims while Yoon was overseas |
| Court-004 | DHS Border crossings - Patients |
| Court-005 | DHS Border crossings - Yoon |
| Court-006-01 | Twin River - Yoon Marketing Spreadsheet |
| Court-006-02 | Twin River Hotel_10.5.2018 |
| Court-007 | Golden Nugget hotel and comps |
| Court-008 | Golden Nugget Play Information Select Dates |
| Court-011-02 | Select MGM Yoon Select Messages |
| Court-016-01 | Y. Cai Sign in Sheets |
| Court-016-02 | Y. Cai Airline Reservation |
| Court-016-03 | Y. Cai Text Message |
| Court-016-04 | Y. Cai Explanation of Benefits and Insurance Claims |
| Court-016-05 | Y. Cai Insurance Claims |
| Court-017-03 | E. Flavin Claims |
| Court-017-04 | E. Flavin BCBS Claim Summary |
| Court-017-05 | BCBS Consolidated - Eunhye Cho |
| Court-018-01 | Emma Luyendijk Calendar 10-2017 to 02-2019 |
| Court-018-02 | E. Luyendijk Sign In |
| Court-018-03 | E. Luyendijk Text |
| Court-018-04 | E. Luyendijk Patient Notes |
| Court-018-05 | E. Luyendijk Claims |
| Court-019-01 | H. Park Patient File |
| Court-019-03 | Hyungju Park Billings Day by Day |
| Court-020-02 | Text thread between Yoon and other individual |
| Court-020-03 | S. Yoon Check Front and Back |
| Court-020-05 | S. Yoon W-2 |
| Court-020-07 | S. Yoon Kakao |
| Court-020-10 | S. Yoon Immunity Agreement |
| Court-021 | MAPFRE Summary Table |
| Court-021-01 | MPXT48 Claim Summary |
| Court-021-02 | MPXT48 Application for Benefits |
| Court-021-03 | MPXT48 Form 1500 |
| Court-021-04 | MPXT48 Patient Notes |
| Court-022-01 | MVTK56 Claim Summary |
| Court-022-02 | MVTK56 Application for Benefits |
| Court-022-03 | MVTK56 Form 1500 |
| Court-022-04 | MVTK56 Patient Notes |

| EXHIBIT | DESCRIPTION |
|---|---|
| Court-022-05 | MVTK56 Car Pictures |
| Court-023-01 | NNWN42 Claim Summary |
| Court-023-02 | NNWN42 Application for Benefits |
| Court-023-03 | NNWN42 Attending Physicians Rep |
| Court-023-05 | NNWN42 Form 1500 |
| Court-023-06 | NNWN42 Patient notes |
| Court-024 | Recording of Chang Goo Yoon |
| Court-024-01 | MAPFRE Transcript |
| Court-025 | Yoon MAPFRE claims |
| Court-026-03 | Ha Young Jung Intake Form 2017 |
| Court-026-04 | Ha Young Jung Intake Form 2018 |
| Court-026-05 | Ha Young Jung Sign In Sheets |
| Court-026-06 | Ha Young Jung Visit Notes 3-2018 to 7-2018 |
| Court-027-01 | Hungoo Lee BCBS Claim Summary |
| Court-027-02 | Hungoo Lee Sign In Sheet |
| Court-027-03 | Hungoo Lee Patient Notes |
| Court-027-04 | Hungoo Lee Claims |
| Court-027-05 | Hungoo Lee Patient Intake Form |
| Court-028-01 | Ming Cheng Claims by Day |
| Court-028-02 | Ming Cheng Passport Stamps |
| Court-028-04 | Ming Cheng Text |
| Court-029-01 | Hyejin Oh Claim Forms |
| Court-029-02 | Hyejin Oh Patient Notes |
| Court-029-03 | Hyejin Oh Webster Bank |
| Court-029-06 | Hyejin Oh Billings by Day |
| Court-030 | Yoon United Travel Records |
| Court-032 | BCBS Medical Record Request to Yoon |
| Court-034 | 2018.4.20 Letter to Plaut re prepayment review |
| Court-035 | Letter from Plaut |
| Court-038 | BCBS selected checks |
| Court-039 | Photo of 39 Brighton Ave Allston |
| Court-039-01 | Goodpt.com Wayback screenshot |
| Court-039-02 | Photo moody st waltham |
| Court-040-01 | Emma Luyendijk billings by day Aetna |
| Court-040-02 | Ha Young Jung billings by day Aetna |
| Court-040-03 | Ming Cheng billings by day Aetna |
| Court-040-04 | Yunting Cai billings by day Aetna |
| Court-042-01 | Zijin Zheng Therapy Notes |
| Court-042-02 | Zijin Zheng Claims and Registration |
| Court-044 | Summary chart of Yoon`s overdrawn bank accounts |
| Court-048 | Hyosoo Lee claim summary |
| Court-048-01 | Hyosoo Lee patient questionnaire |
| Court-048-02 | Hyosoo Lee BCBS Claims |
| Court-048-03 | Hyosoo Lee Patient Notes |

| EXHIBIT | DESCRIPTION |
|---|---|
| Court-050-01 | November 2014 Patient Notes |
| Court-050-02 | December 2014 Patient Notes |
| Court-050-03 | February 2015 Patient Notes |
| Court-050-04 | November 2016 Patient Notes |
| Court-050-05 | December 2016 Patient Notes |
| Court-050-06 | December 2017 Patient Notes |
| Court-050-07 | July 2018 Patient Notes |
| Court-051-01 | February 2015 Casino Patient Notes |
| Court-051-02 | August 2015 Casino Patient Notes |
| Court-051-03 | April 2016 Casino Patient Notes |
| Court-051-04 | February 2017 Casino Patient Notes |
| Court-051-05 | June 2017 Casino Patient Notes |
| Court-051-06 | August 2017 Casino Patient Notes |
| Court-051-07 | October 2017 Casino Patient Notes |
| Court-051-08 | September 2018 Casino Patient Notes_Redacted |
| Court-051-09 | October 6 2018 Casino Patient Notes |
| Court-051-10 | October 13 2018 Casino Patient Notes |
| Court-051-11 | November 2018 Casino Patient Notes |
| Court-052 | Treatment Notes while patients overseas |
| Court-053 | Certain Categories of Claims |
| Court-054 | SEE NATIVE FILE |
| Court-055 | SEE NATIVE FILE |
| Court-057 | Stipulation on Exhibits |
| Court-058 | Kwon Demonstrative |
| Court-59 | Yoon Superseding Indictment for Jury |
| Court-60 | Yoon Final Jury Instructions_final 1 17 |
| Court-61 | Yoon Verdict Form |