UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 21-cr-10160-IT |
| | ) |
| CHANG GOO YOON, | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF APPEAL**

Now comes the defendant, Chang Goo Yoon, and hereby appeals the judgment and sentence of the District Court in the above-captioned matter to the United States Court of Appeals for the First Circuit.

    Respectfully submitted,
    CHANG GOO YOON,
    By his attorney,

Date:  May 28, 2024

    */s/ Henry Fasoldt*
    C. Henry Fasoldt (BBO# 667422)
    185 Devonshire Street
    Suite 302
    Boston, MA 02110
    henry@bostondefenselaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 24, 2024.

                                            /s/ *Henry Fasoldt*
                                            Henry Fasoldt