UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Chang Goo Yoon

District Court Number: 21cr10160-IT

Fee:   Paid?   Yes ____   No ____   Government filer ____   *In Forma Pauperis* Yes __X__   No ____

Motions Pending   Yes ____ No __X__          Sealed documents   Yes __X__ No ____
If yes, document # _____                If yes, document # 55,72,138

*Ex parte* documents   Yes __X__ No ____      Transcripts   Yes __X__ No ____
If yes, document # 54,60,71                    If yes, document # 112,125

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent __X__   Other: ____

Appeal from:
#137 Judgment
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#137 and #140

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __140__ filed on __May 28, 2024__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __May 28, 2024__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**